UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Order Filed on May 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Fred C. Bauer, Jr.,**

    **Debtor,**

Case No.:    18-12566-MBK

Chapter:    13

Hearing Date: May 13, 2020

Judge:    Michael B. Kaplan

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 28, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2

Secured Creditor: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Andrew Thomas Archer, Esq.

Property Involved ("Collateral"): 3 Pinyon Street, Howell, New Jersey 07731

Relief sought:    ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor brought account current subsequent to Secured Creditor's Certification of Default filed on April 3, 2020.

    Funds Held In Suspense $730.48

    Total Arrearages Due $0.00

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on May 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $1,911.45, subject to periodic adjustments.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: Nationstar Mortgage LLC
    ATTN: Bankruptcy Dept
    PO Box 619094
    Dallas, Texas 75261-9741

4. In the event of Default:
    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each certificate of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each certificate of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each certificate of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.   Award of Attorneys' Fees:

   ■ The Applicant is awarded attorney fees and costs of $200.00.

      The fees and costs are payable:

      ■ Through the Chapter 13 plan.