Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–12566–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred C. Bauer Jr.
   3 Pinyon Street
   Howell, NJ 07731

Social Security No.:
   xxx–xx–7309

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/6/20 at 09:00 AM

to consider and act upon the following:

*50* – Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 3 Pinyon Street, Howell, New Jersey 07731. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by Harold N. Kaplan on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 09/25/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Kaplan, Harold)

Dated: 9/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court