UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Brenner, Spiller & Archer
175 Richey Avenue
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fred Bauer

Case No.: 18-12566

Judge: MBK

Chapter: 13

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: January 19, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:                Fred Bauer
Case No:               18-12566-MBK
Caption of Order:      Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtor's Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtor's monthly plan payments to the Chapter 13 trustee are hereby suspended from December 1, 2020 through January 31, 2021.

2. Chapter 13 plan payments will resume with the February 1, 2021 payment.

3. The case shall continue at $2,371.00 for the remaining 25 months.