| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>856-963-5000<br>856-858-4371<br>Attorney for Debtor(s) |
| In Re:<br><br>Fred Bauer |

Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-12566

Judge: MBK

Chapter: 13

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: January 19, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-12566-MBK    Doc 62    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
Certificate of Notice    Page 2 of 4

(Page 2)
Debtor:              Fred Bauer
Case No:             18-12566-MBK
Caption of Order:    Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtor's Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtor's monthly plan payments to the Chapter 13 trustee are hereby suspended from December 1, 2020 through January 31, 2021.

2. Chapter 13 plan payments will resume with the February 1, 2021 payment.

3. The case shall continue at $2,371.00 for the remaining 25 months.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-12566-MBK
Fred C. Bauer, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jan 19, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fred C. Bauer, Jr., 3 Pinyon Street, Howell, NJ 07731-2808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ajennings@raslg.com |
| Andrew Thomas Archer | on behalf of Debtor Fred C. Bauer  Jr. aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com |
| Laura M. Egerman | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Melissa N. Licker | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14