UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

In Re:

Fred C. Bauer, Jr.,

Debtor(s).

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-12566

Chapter: 13

Judge: Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,427.00____ per month for __18__ months beginning on January 1, 2021 to allow for payment of the above fee.

*rev.8/1/15*