Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk `>YfgYm

In re Fred C. Bauer, Jr.            ,    Case No. 18-12566

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __6__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____11/3/2021_____.

| | |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper | US Bank Trust National Association |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| P.O. Box 619094 | Fay Servicing, LLC |
| Dallas, TX 75261-9741 | Bankruptcy Department |
| | PO Box 814609 |
| | Dallas, TX 75381-4609 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/5/2021                                     Jeanne A. Naughton
                                                    **CLERK OF THE COURT**