UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  CASE NO.: 18-12566-MBK
CHAPTER 13

**Fred C. Bauer, Jr.,**
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 7004
    Telephone: 470-321-7112

    By: /s/Harold Kaplan
        Harold Kaplan
        Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRED C. BAUER, JR.
3 PINYON STREET
HOWELL, NJ 07731

And via electronic mail to:

BRENNER SPILLER & ARCHER
175 RICHEY AVE
COLLINGSWOOD, NJ 08107

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr